## ANGIE C. HILL *v.* WILLIAM COX.

### *Dog.  Certified Execution.*

1. A certified execution may be allowed not only for a wilful and malicious *act*, but for a wilful and malicious *neglect ;* hence, a certificate was properly awarded against the defendant in an action on the case to recover for injuries caused by his dog, he, knowing him to be a dangerous animal, suffered him to run at large.
2. The awarding a certificate is ordinarily a matter of *discretion*, when the action is such that it *may* be allowed, and the facts such as *legally warrant* it.

CASE, to recover for personal injuries caused by the defendant's dog.  Heard by the court, September Term, 1881, VEAZEY, J., presiding.  Judgment for the plaintiff.  The case is stated in the opinion.

*D. E. Nicholson*, for the plaintiff.

*J. C. Baker*, for the defendant.

The opinion of the court was delivered by

REDFIELD, J.  The only question reserved in this case is, whether the certificate that the cause of action arose from the wilful and malicious act, or neglect of the defendant, was properly allowed.

I.   When the action is such, that a certificate *may* be allowed, the awarding a certificate by the court which tried the facts, is ordinarily a matter of *discretion*, upon the exercise of which no error can be predicated.  When the facts specially reported are such as *legally warrant* a certificate, this court will not, on exceptions, disturb the order of the County Court, whether the certificate be allowed, or refused.

II.   The court found that the dog that occasioned the injury " was a large, cross, ferocious, and *dangerous* animal ;  and that

defendant kept him knowing that he was a dangerous animal to be allowed to run at large." A wrong that is *purposely* done, is *wilfully* done ; and if a man intentionally deals a blow upon his neighbor, the law intends that the act was " wilful and malicious." The statute includes with "wilful and malicious" acts, " *neglects.*" One could hardly conceive of a more wilful and malicious *neglect*, than the omission to restrain a ferocious and dangerous dog, which the owner and keeper knows was dangerous, and prone to bite and mutilate women and children that came in his way. " Such a dog (to use the language of an English judge), should have been *hanged*, when his propensity first became known, and not be allowed to endanger the king's subjects."

The judgment of the County Court, and certificate, are affirmed.